IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEP T. TRAN,<br>    Plaintiff,<br><br>    v.<br><br>SENECA INSURANCE COMPANY, INC.,<br>    Defendant. | CIVIL ACTION<br><br><br><br><br>NO.  14-5491 |

**O R D E R**

**AND NOW**, this 14th day of October, 2015, upon consideration of defendant Seneca Insurance Company, Inc.'s Motion for Summary Judgment and attached exhibits (Document No. 9, filed May 29, 2015), and plaintiff Dep T. Tran's Response in Opposition to Defendant's Motion for Summary Judgment and attached exhibits (Document No. 10, filed June 22, 2015), for the reasons set forth in the accompanying Memorandum dated October 14, 2015, **IT IS ORDERED** that defendant's Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part, as follows:

1. That part of defendant's Motion that seeks summary judgment on plaintiff's breach of contract claim is **DENIED**;

2. That part of defendant's Motion that seeks summary judgment on plaintiff's bad-faith claim is **GRANTED**.

**IT IS FURTHER ORDERED** that a conference by telephone for the purpose of scheduling further proceedings will be conducted in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.